EXHIBIT A

# GOLD ROCK HOLDINGS, INC. ANNOUNCES GEORGETOWN PROJECT

LAS VEGAS, NV, November 29, 2004 – GOLD ROCK HOLDINGS, INC.'s (GOLD ROCK) (symbol: COHIA) President, Robert Larion, announced today that V.A.W.T. Industries (VAWT), a wholly-owned subsidiary of GOLD ROCK, is negotiating with the City of Georgetown, Colorado to erect four wind turbines on city property adjacent to existing power production facilities. Under the Joint Venture Agreement, the City will receive up to 20% of the income produced over the life of the Agreement. The power produced will be sold to Xcel Energy of Colorado.

Mr. Larion also stated, "The four turbines will be similar to units that the Company is proposing to BQ Energy of New York and Canada for placement at the new Freedom Tower (World Trade Center) in New York. The Company's unique Vertical Axis Design Turbine has put VAWT on a final list for being the wind power provider to the Tower.

GOLD ROCK HOLDINGS, INC. presently consists of eight existing subsidiaries: Affordable Homes of America, Inc., Composite Industries of America, Inc., Global Timber Ltd, Gold Rock Industries, Inc., Native American Power, Inc., Renewable Forestry Resources, LLC, V.A.W.T. Industries, LLC and World Homes, Inc. The Company is currently seeking financing for each of its subsidiaries.

Safe Harbor statement under the Private Securities Litigation Reform Act of 1995: Certain forward information contained in this release contains forward looking statements that involve risk and uncertainties, including but not limited to, those relating to development and expansion activities, domestic and global conditions, and market competition.

CONTACT: GOLD ROCK HOLDINGS, INC.
Rich Kaiser, Yes International, 800-631-8127

EXHIBIT B

# GOLD ROCK HOLDINGS, INC. ANNOUNCES BQ ENERGY AGREEMENT

LAS VEGAS, NV, December 1, 2004 – GOLD ROCK HOLDINGS, INC.'s (GOLD ROCK) (symbol: COHIA) President, Robert Larion, announced today that V.A.W.T. Industries, LLC (VAWT), a wholly-owned subsidiary of GOLD ROCK, signed an agreement today, whereby BQ Energy, a New York energy management company, is to represent VAWT in the selling and developing of its Vertical Axis Wind Turbine for High-Rise Buildings in the Eastern United States.

VAWT and BQ Energy had previously signed agreements for the new World Trade Center Building. BQ Energy is the Power Management consultant for the Center and VAWT provided a bid to BQ Energy for the Turbines.

Under the new agreement, BQ will negotiate a changeover to VAWT's Wind Turbine Technology in buildings that are currently serviced with conventional Electrical Grid Service and will explore alternative markets for economical power for off-shore drilling platforms.

GOLD ROCK HOLDINGS, INC. presently consists of eight existing subsidiaries: Affordable Homes of America, Inc., Composite Industries of America, Inc., Global Timber Ltd, Gold Rock Industries, Inc., Native American Power, Inc., Renewable Forestry Resources, LLC, V.A.W.T. Industries, LLC and World Homes, Inc. The Company is currently seeking financing for each of its subsidiaries.

Safe Harbor statement under the Private Securities Litigation Reform Act of 1995: Certain forward information contained in this release contains forward looking statements that involve risk and uncertainties, including but not limited to, those relating to development and expansion activities, domestic and global conditions, and market competition.

CONTACT: GOLD ROCK HOLDINGS, INC.
Rich Kaiser, Yes International, 800-631-8127

EXHIBIT C

## Gold Rock Holdings, Inc. Announces Licensing Agreement for "Z-Mix"

SEATTLE, WA, Nov 30, 2005 (MARKET WIRE via COMTEX) -- GOLD ROCK HOLDINGS, INC. (OTC: GDRHA) announced today the signing of a licensing agreement to manufacture Gold Rock's patented "Z-Mix," a cementitious composite material, in the Caribbean. The agreement was signed with Octagon Resources LTD., a Limited Bahamian entity, that is in the business of building, consulting and contracting commercial building and development projects. They are also in the business of constructing single-family homes. Octagon Resources Ltd. has ongoing projects in the Bahamas.

Robert Larion, Chairman and CEO of Gold Rock Holdings, Inc., notes, "While this is our initial licensing agreement with 'Z-Mix,' we look forward to further developing our global sales strategy for the market place."

No further details were made available at this time, but the Company expects to release further information as developments in the Caribbean warrant it.

For further information about this release, contact Rich Kaiser, Investor Relations, YES INTERNATIONAL, #800-631-8127

Forward-Looking Statements

This press release contains statements about the future prospects of Gold Rock Holdings, Inc., which are based on Mr. Larion's current beliefs in light of currently available information. Among these statements are those regarding expectations for resolving the company's current legal circumstances and its ability to realize on future business prospects. Various factors, some of which may be unknown to Mr. Larion, may cause the company to fail to meet these expectations, including exacerbated or protracted negotiations, judgments or settlement obligations that exceed the company's ability to pay or which impair the company's ability to finance its business plan; additional litigation; the ability to attract and retain qualified management personnel; to relocate the Company's headquarters; the ability to execute on its business plan; or the Company's ability to finance ongoing operations.

Rich Kaiser
Investor Relations
YES INTERNATIONAL
800-631-8127
SOURCE: Gold Rock Holdings

EXHIBIT D

## Gold Rock Holdings, Inc Announces Sale of 3 Wind Turbines for Rum Cay Development in the Bahamas

Wednesday January 4, 9:35 am ET

MILL CREEK, WA--(MARKET WIRE)--Jan 4, 2006 -- GOLD ROCK HOLDINGS, INC (GOLD ROCK) (Other OTC:GDRHA.PK - News), announced today that its subsidiary V.A.W.T INDUSTRIES, LLC has finalized a purchase agreement for three wind turbines with OCTAGON RESOURCES, LTD a Bahamian J/V Partner of MONTANA HOLDINGS, LTD as part of a Hotel, Casino, Marina and Resort Housing project for the Bahamian Island of RUM CAY. The turbines will provide power to the utility for the entire Rum Cay Island.

The sale is estimated at $1.5 million USD and delivery is scheduled for the 3rd Quarter 2006. This will be the Company's first sale into the Caribbean area, with anticipation of more sales contracts to follow.

GOLD ROCK HOLDINGS, INC. presently consists of nine existing subsidiaries: Affordable Homes of America, Inc., Composite Industries of America, Inc., Georgetown Power, Inc., Global Timber Ltd, Gold Rock Industries, Inc., Native American Power, Inc., Renewable Forestry Resources, LLC, V.A.W.T. Industries, LLC and World Homes, Inc. The Company is currently seeking financing for each of its subsidiaries.

For further information about GOLD ROCK HOLDINGS, INC., contact Rich Kaiser, Investor Relations-Yes International, #800-631-8127.

Safe Harbor statement under the Private Securities Litigation Reform Act of 1995: Certain forward information contained in this release contains forward-looking statements that involve risk and uncertainties, including but not limited to, those relating to development and expansion activities, domestic and global conditions, and market competition.

EXHIBIT E

## Gold Rock Holdings, Inc. Announces the Sale of 15 Wind Turbines to Blue Water Industries, Ltd of Freeport, Bahamas

Monday January 23, 9:45 am ET

MILL CREEK, WA--(MARKET WIRE)--Jan 23, 2006 -- GOLD ROCK HOLDINGS, INC. (GOLD ROCK) (Other OTC:GDRHA.PK - News), announced today that it's subsidiary V.A.W.T INDUSTRIES, LLC has finalized a purchase agreement for fifteen (15) wind turbines with BLUE WATER INDUSTRIES, LTD a Bahamian bottled water manufacturer. The turbines will provide power to a bottled water plant located on a vessel anchored in the TOTO (tongue of the ocean) area off the Bahamas. Water for the processing will be drawn from depths of up to 4000 feet. An additional option for five (5) turbines is part of the deal.

The sale with options is estimated at $10.0 million USD and delivery is scheduled to start in the 4th Quarter 2006. The contract will take 3 years to deliver. ZYI Corporation of Santa Clara, California is building the water and bottling equipment. Mr. Jimmy Zhou President of ZYI says, "This is a very revolutionary application for this leading edge technology, and using the V.A.W.T. wind turbine as a power source will make the cost of desalination more in line with standard land based water purification systems." This will be the Company's second sale into the Caribbean area, with anticipation of more sales contracts to follow.

GOLD ROCK HOLDINGS, INC. presently consists of nine existing subsidiaries: Affordable Homes of America, Inc., Composite Industries of America, Inc., Georgetown Power, Inc., Global Timber Ltd, Gold Rock Industries, Inc., Native American Power, Inc., Renewable Forestry Resources, LLC, V.A.W.T. Industries, LLC and World Homes, Inc. The Company is currently seeking financing for each of its subsidiaries.

For further information about this Gold Rock Holdings, Inc. release contact investor relations, Rich Kaiser, YES INTERNATIONAL, 800-631-8127.

Safe Harbor statement under the Private Securities Litigation Reform Act of 1995: Certain forward information contained in this release contains forward looking statements that involve risk and uncertainties, including but not limited to, those relating to development and expansion activities, domestic and global conditions, and market competition.

*Contact:*
```
Contact:
Rich Kaiser
YES INTERNATIONAL
800-631-8127
```

Source: Gold Rock Holdings

EXHIBIT F

## Gold Rock Holdings, Inc. Announces a $500 Million Humanitarian Endowment for New Orleans Housing Project
Tuesday March 21, 9:45 am ET

KIRKLAND, WA--(MARKET WIRE)--Mar 21, 2006 -- GOLD ROCK HOLDINGS, INC. (Other OTC:GDRHA.PK - News) President ROBERT LARION announced today that the company had signed documents for a $500,000,000 humanitarian endowment to build approximately 3000 homes to replace ones destroyed by Hurricane Katrina. The Company is currently working on a security bond to finalize the endowment funding.

President LARION said that a combination of GOLDROCK'S patented "Z-MIX" and "Safe-Crete AAC" (Autoclave Aerated Concrete) house designs will be incorporated in 5 models, certified to withstand 200 mph (Category 5 Hurricane) winds. The project will take about 3 years.

For further information about this release, contact Rich Kaiser, Investor Relations, YES INTERNATIONAL, #800-631-8127.

GOLD ROCK HOLDINGS, INC. presently consists of the existing subsidiaries: Affordable Homes of America, Inc., Composite Industries of America, Inc., Georgetown Power, Inc., Global Timber Ltd, Gold Rock Industries, Inc., Native American Power, Inc., Renewable Forestry Resources, LLC, V.A.W.T. Industries, LLC and World Homes, Inc. Final names and subsidiaries will be announced shortly. The business focus will be in the four areas previously mentioned, with some of the subsidiaries either sold or made inactive. There is a possibility that some additional consolidation will be completed in the future.

Safe Harbor statement under the Private Securities Litigation Reform Act of 1995: Certain forward information contained in this release contains forward-looking statements that involve risk and uncertainties, including but not limited to, those relating to development and expansion activities, domestic and global conditions, and market competition.

EXHIBIT G

## Gold Rock Holdings, Inc. Subsidiary Announces Joint Venture Agreement for New Orleans Cleanup

Sep 28, 2006 (MARKET WIRE via COMTEX) -- GOLD ROCK HOLDINGS, INC.'s (PINKSHEETS: GDRHA) President Robert Larion announced today that RENEWABLE FORESTRY RESOURCES, LLC a subsidiary company, has negotiated a Joint Venture Agreement with LAKEWAY TRANSPORT SERVICES INC of Chicago, Illinois. Initial Letters of agreement have been signed with final working arrangements to be drawn in the next few weeks. The Joint Venture will operate under a Limited Liability Corporate structure called "OUT OF THE ASHES" LLC. Lakeway Transport Services is a 3rd generation trucking company, managed by President Roland Bibb. Mr. Hugh Riddle, spokesperson for Lakeway, says, "This J/V agreement will enable both companies to control their costs, as they service each other to make the project profitable for all concerned." Lakeway will supply operations and equipment financing for the project. The J/V agreement will be a consolidated Demolition and Trucking venture to remove hurricane and water damaged houses and miscellaneous structures, in the New Orleans area. Terms of the agreement call for Renewable Forestry Resources to perform the demolition and loading side of the venture, with Lakeway Transport providing trucks for the hauling. The trucking contract has already been signed by Lakeway Transport and the demolition contract with Louisiana Officials is expected to be signed in the next few weeks. Lakeway transport will also handle future transportation and logistic needs for Gold Rock Holdings in the Eastern United States, and particlarly the Louisiana area. The project, expected to last for several years, has gross income projections of $2.2 million per month when full deployment of equipment is operational for the J/V.

For Further information contact Rich Kaiser, Investor Relations, YES

INTERNATIONAL, 800-631-8127, www.yesinternational.com.

GOLD ROCK HOLDINGS, INC. presently consists of nine existing subsidiaries: Affordable Homes of America, Inc., Composite Industries of America, Inc., Georgetown Power, Inc., Global Timber Ltd, Gold Rock Industries, Inc., Native American Power, Inc., Renewable Forestry Resources, LLC, V.A.W.T. Industries, LLC and World Homes, Inc. The Company is currently seeking financing for each of its subsidiaries.

Safe Harbor statement under the Private Securities Litigation Reform Act of 1995: Certain forward information contained in this release contains forward-looking statements that involve risk and uncertainties, including but not limited to, those relating to development and expansion activities, domestic and global conditions, and market competition.

Contact

Rich Kaiser